UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALICIA WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>VELOCITY INVESTMENTS, LLC, )<br>dba CKS PRIME INVESTMENTS )<br>)<br>Defendant. ) | **COMPLAINT**<br><br>**Jury Demand Endorsed Herein** |

## COMPLAINT

COMES NOW Plaintiff Alicia Wilson and for her Complaint against the Defendant, Velocity Investments, LLC, she states and avers as follows:

## INTRODUCTION

1. This is an action for actual, statutory and punitive damages brought by Plaintiff against Defendant for the willful, knowing, and/or negligent violation of, *inter alia*, Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 *et seq.*, known as the *Fair Debt Collection Practices Act* ("FDCPA") which governs debt collection practices.

## PARTIES

2. Alicia Wilson ("Plaintiff") is a natural person that resides in Kansas City, Kansas.

3. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

4. Velocity Investments, LLC operates under the subsidiary name CKS Prime Investments, LLC ("CKS").

5. CKS is a debt collector as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

6. CKS is a limited liability company headquartered in New Jersey that regularly transacts business in the State of Kansas through its registered agent, Corporation Service Company, 1100 SW Wanamaker Road Suite 103, Topeka, Kansas 66604.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692.

8. Venue in this District is proper because Plaintiff resides in this District, Defendant transacts business in this District, and the conduct complained of occurred in this District.

## BACKGROUND AND FACTUAL ALLEGATIONS

9. On or about January 24, 2024, Plaintiff retained counsel to assist in improving her credit scores.

10. After reviewing her credit reports, Plaintiff noticed a collection account she did not recognize listed by CKS that was negatively impacting her credit scores.

11. On or about March 1, 2024, Plaintiff's counsel sent correspondence to CKS disputing the validity of the account listed by CKS and demanding its removal from Plaintiff's credit reports.

12. This letter from Plaintiff's counsel was sent via certified mail and was confirmed as delivered to CKS.

13. However, CKS failed to respond to Plaintiff's letter and continued to report the negative account to Plaintiff's credit reports.

14. Further, CKS continued to update its reporting without any indication of Plaintiff's dispute.

15. CKS refused to remove the derogatory credit reporting or include "dispute" verbiage as required by the FDCPA.

16. The FDCPA prohibits "communicating or threatening to communicate to any person credit information which is known, or which should be known to be false, including the failure to communicate that a disputed debt is disputed." *See* 15 U.S.C. 1692e(8).

17. CKS knew or should have known that Plaintiff disputed the validity of the debt at issue. Notwithstanding, it ignored its obligation to delete the reporting or add a notice that the account was disputed in a timely manner.

18. As a direct and proximate result of the above violations of the FDCPA, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, considerable distress, mental anguish, worry, frustration, fear and embarrassment, entitling Plaintiff to an award of actual damages as determined by the jury, plus attorneys' fees and the costs of this action, pursuant to 15 U.S.C. 1692k.

**WHEREFORE** Plaintiff prays for judgment in her favor and against CKS, and for the following relief:

(a) Actual damages sustained;

(b) Statutory damages of $1000;

(c) Reasonable attorneys' fees and costs; and

(d) Any other and/or further relief as deemed appropriate and just by this Honorable Court.

## JURY DEMAND AND PLACE OF TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable in this lawsuit be held in the Robert J. Dole Courthouse in Kansas City, Kansas.

Respectfully submitted,

**/s/. Thomas A. Addleman**
Thomas A. Addleman KS #21104
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Telephone: 816-246-7800
Facsimile: 855-523-6884
Email:  toma@creditlawcenter.com
Counsel for Plaintiff

4